# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 538 |
| | : | |
| ORDER AMENDING CASE RECORDS | : | JUDICIAL ADMINISTRATION |
| PUBLIC ACCESS POLICY OF THE | : | |
| UNIFIED JUDICIAL SYSTEM | : | DOCKET |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 15th day of September, 2020, upon the recommendation of the Administrative Office of Pennsylvania Courts, the amendments to the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* having been published for public comment before adoption at 49 Pa.B. 3298 (June 29, 2019):

 **IT IS ORDERED** that:

1) The Policy is amended to read as attached hereto.

2) The Administrative Office of Pennsylvania Courts shall publish the amended Policy and accompanying *Explanatory Report* on the Unified Judicial System's website.

3) Every court and custodian's office, as defined by the Policy, shall continuously make available for public inspection a copy of the amended Policy in appropriate physical locations as well as on their website.

 This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b) and shall be effective in thirty (30) days.

Additions are shown in bold and are underlined.
Deletions are shown in bold and brackets.